CLS
6/21/22

DOA: 6/20/22

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>Arnoldo HEREDIA-Rodriguez,<br><br>　　　　　　　　　Defendant. | Case No.: 22MJ8419<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C.§ 841(a)(1)<br>Possession of a Controlled Substance<br>with Intent to Distribute |

The undersigned complainant duly sworn states:

## COUNT 1

On or about June 20, 2022, within the Southern District of California, defendant, Arnoldo HEREDIA-Rodriguez, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about June 20, 2022, within the Southern District of California, defendant, Arnoldo HEREDIA-Rodriguez, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Manuel Angulo
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st day of June, 2022.

_Barbara L. Major_
_____
HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Arnoldo HEREDIA-Rodriguez,

## STATEMENT OF FACTS

This complainant states that this Complaint and Statement of Facts are based upon the reports, documents, and notes furnished to Drug Enforcement Administration Special Agent (SA) Manuel Angulo.

On June 20, 2022, Border Patrol Agent (BPA) Spencer Anderson, along with his Human Narcotics Detection Dog (HNDD), were assigned to the fully functional United States Border Patrol (USBP) Checkpoint on Highway 86 near Westmorland, California. BPA Anderson and his HNDD are certified in the detection of marijuana, cocaine, methamphetamine, heroin and their derivatives, as well as the detection of concealed humans.

At approximately 5:45 a.m., BPA Anderson and his HNDD conducted a pre-primary inspection of a grey 2006 Nissan Frontier (Nissan) bearing California license plates. During questioning at primary inspection by BPA Pedro Mendoza, where he identified himself as a United States BPA, and his HNDD simultaneously conducted an exterior sniff of the Nissan.  BPA Mendoza encountered the driver, later identified as Arnoldo HEREDIA-Rodriguez (HEREDIA-Rodriguez), and a front seat passenger who both provided BPA Mendoza with Legal Permanent Resident (LPR) Alien documents.  While BPA Anderson and his canine conducted the exterior sniff of the Nissan, the canine alerted to the passenger side door of the Nissan.  BPA Anderson subsequently advised BPA

Mendoza of the alert and requested the Nissan be referred to the secondary area for further inspection.

At the secondary inspection area, BPA Anderson asked HEREDIA-Rodriguez if he was the owner of the Nissan and how long he had the Nissan. HEREDIA-Rodriguez replied the Nissan was his and had it for approximately one month. BPA Anderson then requested consent from HEREDIA-Rodriguez to search the Nissan and HEREDIA-Rodriguez gave consent to the search. BPA Anderson asked HEREDIA-Rodriguez and the passenger to exit the Nissan and HEREDIA-Rodriguez, along with the passenger, took a seat on a nearby bench. BPA Anderson and his HNDD then conducted a sniff of the interior of the Nissan and BPA Anderson's HNDD alerted to the dashboard area of the Nissan. At this time BPA Anderson placed his HNDD in a kennel and began to physically search the Nissan. During a physical search of the dashboard area, BPA Anderson located several black packages wrapped in cellophane within a large aftermarket void in the dashboard. HEREDIA-Rodriguez was subsequently placed under arrest.

A total of six (6) black packages wrapped in cellophane were removed from the compartment in the dashboard area of the Nissan and were subsequently tested. Two (2) packages weighing approximately 2.150 kilograms (4 pounds) and containing a brown powdery substance tested positive for the characteristics of heroin.

Four (4) packages weighing approximately 4.300 kilograms (9.48 pounds) and containing round blue pills with "M-30" markings tested positive for the characteristics of fentanyl.

4

On the same date, Drug Enforcement Administration (DEA) Agents were notified of the incident by Indio Border Patrol and subsequently responded to the Highway 86 Border Patrol Checkpoint.

DEA Agents arrived at the checkpoint and advised HEREDIA-Rodriguez of his Miranda rights. HEREDIA-Rodriguez acknowledged his rights and agreed to speak with agents without the presence of an attorney. HEREDIA-Rodriguez admitted to having knowledge that the Nissan had been loaded with narcotics in Mexico for the purposes of transporting the narcotics into the United States. HEREDIA-Rodriguez stated the Nissan had been loaded with narcotics on June 19, 2022 in Mexicali, Mexico. HEREDIA-Rodriguez claimed not to have knowledge as to the exact type of narcotics contained in the Nissan, but he stated he did know they were illegal narcotics. HEREDIA-Rodriguez admitted to having smuggled narcotics on a previous occasion for which he was paid $5,000 United States Dollars (USD). HEREDIA-Rodriguez stated he would be paid $5,000 USD for delivering the narcotics to the Los Angeles, California, area on this occasion. HEREDIA-Rodriguez further explained that he was to be notified via cellphone once he was closer to the Los Angeles area in order to coordinate exactly where HEREDIA-Rodriguez was to deliver the narcotics.